# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** GABRIEL ALBA A(J)#     **CASE NO:** 19-6417-SNOW

**AUSA:** Cathy Koontz *present*     **ATTY:** Michael Cohen *present* (If applicable-appeals colloquy)

**AGENT:**     **VIOL:**

**PROCEEDING:** PTD HEARING     **RECOMMENDED BOND:**

**BOND HEARING HELD:** (yes) / no     **COUNSEL APPOINTED:**

**BOND SET @:** $250,000 PSB     **To be cosigned by:** Mother

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents. *surr w/in 24 hr*
- ☑ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☑ No contact with victims / witnesses. *except for roommate*
- ☑ No firearms.
- ☐ Curfew: ✓ *electronic monitoring - △ to pay*
- ☑ Travel extended to: SD/FL
- ☐ Halfway House ✓ *Adam Walsh* *no use of internet, no child pornography, PTS shall have access to △'s computer*

Handwritten notes (right side):
*Govt proceeds by proffer.*
*Agent sworn - Laura Schwartenberger (FBI)*
*Court sets a bond. Court doesn't find him a risk of flight or danger.*

**NEXT COURT APPEARANCE:**     **DATE:**     **TIME:**     **JUDGE:**     **PLACE:**

**INQUIRY RE COUNSEL:**

**PTD/ HEARING:** 9-13-19   11:00a   Valle

**PRELIM/ARRAIGN.:** 9-13-19   11:00am   VALLE

**CHECK IF APPLICABLE** ___ : For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 9-5-19     **TIME:** 10:30am     **DAR:** 10:34:32     **PAGE:**

*45 m*