UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:19-mj-06417-LSS-1

UNITED STATES OF AMERICA
    Plaintiff,
v.

GABRIEL ALBALA,
    Defendant.
_____/

## NOTICE OF APPEARANCE

**MICHAEL B. COHEN**, Attorney at Law, Michael C. Cohen P.A., 6400 N. Andrews Avenue, Suite 505, Fort Lauderdale, Florida 33309, hereby files this Notice of Appearance for GABRIEL ALBALA in the above captioned case.

Dated: September 11, 2019

Respectfully submitted,
S/ Michael B. Cohen, Esq.

*Michael B. Cohen*
Michael B. Cohen, Esq.
Florida Bar No: 210196
6400 North Andrews Ave., Ste 505
Fort Lauderdale, Florida 33309
Ph (954) 928-0059
Fax (954) 928-0929