# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

Courtroom 110      Date: 9/13/2019    Time: 11:00 a.m.

Defendant: Gabriel Albala(B)    J#: 20466-104    Case #: ~~19-6417-LSS~~ 19 CR 60256-WPD

AUSA: M. Catherine Koontz / Larry Bardfeld    Attorney: Michael Brian Cohen, Esq.

Violation: Possession of Child Pornography

Proceeding: Arraignment / Report Re Counsel     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: $250K PSB    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

Language: English

Disposition:

Defendant present.

**Reading of Indictment Waived**
**Not Guilty plea entered**
~~Jury trial demanded~~
**Standing Discovery Order requested**

Deft arraigned

Further proceedings to be held before District Judge.

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:

D.A.R. 11:22:55     Time in Court: 5 mins.

CHECK IF APPLICABLE: ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

4